UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARITECH COMMERCIAL, INC. | CIVIL ACTION |
| VERSUS | NO: 13-0613 |
| HASAN QUDDUS AND AI MARINE SURVEYORS, INC. | SECTION: "A" (2) |

### ORDER

Defendants having supplemented their Notice of Removal and opposition to the Motion to Remand as ordered, and the supplement being to the Court's satisfaction regarding the jurisdictional amount (Rec. Docs. 24 & 25),

Accordingly;

**IT IS ORDERED** that the **Motion to Remand (Rec. Doc. 10)** is **DENIED**.

November 27, 2013

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE